IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

RICHARD A. PECK,

          Defendant.

—————————————————/

No. C 99-00237 CRB

**ORDER EXONERATING BOND** AND
**RELEASING PASSPORT**

It is hereby ordered that the bond in the above entitled matter be exonerated and that the passport be released and returned to defendant.

**IT IS SO ORDERED.**

Dated:  November 7, 2008

                        _____
                        CHARLES  R. BREYER
                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California